**Robert L. WOODSON, et al., Appellant,**

v.

**CITY OF KANSAS CITY, Missouri, et al., Respondent.**

No. WD 65839.

Missouri Court of Appeals, Western District.

Jan. 23, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 27, 2007.

Robert Woodson, Kansas City, MO, pro se.

Nicole J. Rowlette, Kansas City, MO, for Respondent.

Before SMART, P.J., EDWIN H. SMITH and HARDWICK, JJ.

### ORDER

PER CURIAM.

Robert Woodson challenges the dismissal of his appeal by the Kansas City, Missouri, Property Maintenance Appeals Board ("Board"). We affirm the dismissal because the Board properly determined that Woodson's appeal was untimely. We have provided the parties with a Memorandum further explaining the reasons for our decision, because a published opinion would have no precedential value.

AFFIRMED. Rule 84.16(b).